Dismissed and Memorandum Opinion filed April 16, 2009








Dismissed
and Memorandum Opinion filed April 16, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00229-CR

NO. 14-09-00233-CR

____________

 

MENTRELL CLAY, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
228th District Court

Harris County, Texas

Trial Court Cause Nos. 1151526
& 1150620

 



 

M E M O R A N D U M   O P I N I O N

Appellant
entered guilty pleas to two charges of aggravated robbery.  In accordance with
the terms of plea bargain agreements with the State, the trial court sentenced
appellant on February 11, 2009, to confinement for nine years in the
Institutional Division of the Texas Department of Criminal Justice in each
case, with the sentences to be served concurrently.  Appellant filed a pro se
notice of appeal of both cases.  We dismiss the appeals.  








The
trial court entered a certification of the defendant=s right to appeal in each case in
which the court certified that each is a plea bargain case, and the defendant
has no right of appeal.  See Tex.
R. App. P. 25.2(a)(2).  The trial court=s certifications are included in the
records on appeal.  See Tex. R.
App. P. 25.2(d).  The records support the trial court=s certifications.  See Dears v.
State, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly,
we dismiss the appeals.  

 

PER CURIAM

 

Panel consists of Chief Justice Hedges and Justices
Yates, and Frost. 

Do Not Publish C Tex. R. App. P.
47.2(b).